UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **George Wood** and **Debbie Wood**, ) | |
| ) | Case No. 1:10-cv-135 |
| Plaintiffs, ) | |
| ) | Hon. Paul L. Maloney |
| v. ) | |
| ) | |
| **Nelson, Watson & Associates,** ) | |
| **LLC,** a Massachusetts limited ) | |
| liability company, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs George Wood and Debbie Wood, through their attorney of record, file this Notice of Dismissal, with defendant having served neither an answer nor a motion for summary judgment.

This action is dismissed with prejudice.

Dated: March 29, 2010    /s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiffs
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com